UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Edward Melvin Ware**  **Docket No. 5:24-CR-19-1BO**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Edward Melvin Ware, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance, 21 U.S.C. § 846, 21 U.S.C. § 841(B)(1)(b), was sentenced by the Honorable Deborah K. Chasanow, U.S. District Judge, in the District of Maryland, on December 19, 2022, to the custody of the Bureau of Prisons for a term of 1020 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Edward Melvin Ware was released from custody on December 19, 2022, at which time the term of supervised release commenced.

On November 15, 2023, a memo was sent to the District of Maryland, reporting the defendant submitted a positive urinalysis for marijuana. It was recommended that no court action be taken to allow the defendant to continue in drug treatment along with increased supervision.

On January 19, 2024, a Transfer of Jurisdiction was received from the District of Maryland.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 18, 2023, the defendant submitted a positive urinalysis for marijuana and cocaine. When confronted, he admitted to using marijuana and signed an admission of use form. The defendant was reprimanded for his continued use and cognitive interventions were utilized. To address his continued non-compliance, it is recommended that he be sanctioned to complete 12 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Edward Melvin Ware
Docket No. 5:24-CR-19-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: January 22, 2024

## ORDER OF THE COURT

Considered and ordered this _22_ day of _Jan._, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge