UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Edward Melvin Ware**                           **Docket No. 5:24-CR-19-1BO**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Edward Melvin Ware, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance, 21 U.S.C. § 846, 21 U.S.C. § 841(B)(1)(b), was sentenced by the Honorable Deborah K. Chasanow, U.S. District Judge, in the District of Maryland, on December 19, 2022, to the custody of the Bureau of Prisons for a term of 1020 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Edward Melvin Ware was released from custody on December 19, 2022, at which time the term of supervised release commenced.

On November 15, 2023, a memo was sent to the District of Maryland, reporting the defendant submitted a positive urinalysis for marijuana. It was recommended that no court action be taken to allow the defendant to continue in drug treatment along with increased supervision.

On January 19, 2024, a Transfer of Jurisdiction was received from the District of Maryland.

On January 22, 2024, a Petition for Action was submitted to the court reporting the defendant used illicit substances. The defendant was reprimanded for his continued use and cognitive interventions were utilized. It was recommended that he be sanctioned to complete 12 hours of community service. The court agreed.

On March 8, 2024, a Petition for Action was submitted to the court reporting drug use. It was recommended that he be placed in the location monitoring program for a period not to exceed 60 days. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 21, 2024, the defendant was enrolled in the location monitoring program and has not incurred any violations. On May 8, 2024, the defendant reported he was in the hospital due to an infection in his legs. This officer spoke to the doctor on duty, who stated due to the swelling of his legs and the infection, they are recommending the ankle monitor be removed. Due to the defendant's current medical condition, it is respectfully recommended that the location monitoring condition be stricken.

**PRAYING THAT THE COURT WILL ORDER** that the following supervised release condition be removed:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Edward Melvin Ware
Docket No. 5:24-CR-19-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: May 8, 2024

## ORDER OF THE COURT

Considered and ordered this ___8___ day of __May__, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge